IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEVIN BRATCHER,                                     No. 3:20-cv-02056-SB

          Plaintiff,                              ORDER

     v.

POLK COUNTY, CITY OF SALEM,
DEPUTY MICHAEL H. SMITH, in his
individual capacity, and DOES 1-4, in their
individual capacity,

          Defendants.

HERNÁNDEZ, District Judge:

      Magistrate Judge Beckerman issued a Findings and Recommendation [17] on April 17, 2021, in which she recommends that the Court grant Defendant City of Salem's Motion to Dismiss. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings and Recommendation [17]. Accordingly, Defendant City of Salem's Motion to Dismiss is GRANTED.

IT IS SO ORDERED.

DATED: _____June 2, 2021_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge