**Jennifer M. Gaddis**, OSB No. 071194
jgaddis@cityofsalem.net
City of Salem, Legal Department
555 Liberty St. SE, Room 225
Salem, Oregon 97301
Telephone: (503) 588-6003
Facsimile: (503) 361-2202
    Attorney for City Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KEVIN BRATCHER,<br><br>    Plaintiff,<br><br>    v.<br><br>POLK COUNTY, CITY OF SALEM, DEPUTY MICHAEL H. SMITH, in his individual capacity, and DOES 1-2, in their individual capacity,<br><br>    Defendants. | Case No. 3:20-CV-02056-SB<br><br>**DECLARATION OF JENNIFER M. GADDIS IN SUPPORT OF CITY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

    I, Jennifer M. Gaddis, hereby declare under penalty of perjury that the following is true and correct:

    1.    I am the attorney representing the City Defendants in this matter. This Declaration is offered to present deposition transcript to the Court in support of City Defendants' Motion for Summary Judgment.

    2.    Attached to this Declaration and marked "Exhibit 1" are excerpts of the deposition testimony of plaintiff Kevin Bratcher, taken on behalf of City Defendants on September 30, 2021.

///

**I hereby declare under penalty of perjury that the foregoing is true and correct.**

DATED: January 28, 2022.

*s/ Jennifer M. Gaddis*
Jennifer M. Gaddis, OSB 071194
jgaddis@cityofsalem.net
Attorney for City Defendants
