Kenneth S. Montoya
*kenny@montoyahisellaw.com*
Law Offices of Montoya, Hisel and Associates
901 Capitol St. NE
Salem, OR 97301
    Telephone: (503) 480-7252
    Fax: (503) 779-2716
    Attorney for Defendant Polk County


UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

KEVIN BRATCHER,                                    Case No. 3:20-cv-02056-SB

                        Plaintiff,

                                                   **EXHIBIT 2 TO DECLARATION OF**
    v.                                             **KENNETH S. MONTOYA [RING**
                                                   **VIDEO RECORDING 09.06.19 11:11:11]**

POLK COUNTY; CITY OF SALEM;
DEPUTY MICHAEL H. SMITH, in his
individual capacity; and DOES 1-4, in their
individual capacity,

                        Defendants.