Kevin T. Lafky, OSB #852633
klafky@lafky.com
Amanda L. Reilly, OSB #194422
areilly@lafky.com
LAFKY & LAFKY
429 Court Street NE
Salem, OR 97301
Tel: (503)585-2450
Fax: (503)585-0205
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KEVIN BRATCHER,<br><br>    Plaintiff,<br><br>  v.<br><br>POLK COUNTY; CITY OF SALEM;<br>DEPUTY MICHAEL H. SMITH, in his<br>individual capacity, and DOES 1-4, in their<br>individual capacity,<br><br>    Defendants. | Case No.: 3:20-cv-02056-SB<br><br>**DECLARATION OF COUNSEL AMANDA L. REILLY IN SUPPORT OF PLAINTIFF'S RESPONSE TO COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Amanda L. Reilly, hereby declare under penalty of perjury that the following is true and correct:

  1.  I am one of the attorneys for plaintiff in the above-captioned matter. I make this declaration in support of Plaintiff's Response to County Defendants' Motion for Summary Judgment. I make this declaration based upon my own personal knowledge and my review of the files related to this matter.

  2.  In 2021, Thanksgiving fell on Thursday, November 25, 2021. The office of Lafky & Lafky was closed from November 25 through 28, 2021 to observe the federal holiday.

**LAFKY & LAFKY**
ATTORNEYS AT LAW
429 COURT ST. NE, SALEM, OR 97301
TELEPHONE (503) 585-2450
FAX (503) 585-0205
Email Info@lafky.com

3.      In 2021, Christmas fell on Friday, December 25, 2021. The office of Lafky & Lafky was closed from December 23, 2021 to December 26 to observe the federal holiday.

4.      In 2022, New Year's Day fell on Saturday, January 1, 2021.  The office of Lafky & Lafky was closed from January 2, 2022 to observe the federal holiday.

5.      Plaintiff's counsel Marcus I. Vejar left the firm of Lafky & Lafky on December 8, 2021.

6.      Plaintiff's counsel Kevin T. Lafky was out of the office from November 20, 2021 through November 28, 2021 and December 17, 2021 through January 3, 2022 to observe the holidays.

7.      I was out of the office from November 24, 2021 through November 28, 2021 and December 22, 2021 through January 2, 2022 to observe the holidays.

8.      Attached hereto as **Exhibit 1** and incorporated herein by this reference is a true and correct copy of excerpts of the transcripts from the deposition of plaintiff Kenneth Bratcher taken on September 30, 2021.

9.      Attached hereto as **Exhibit 2** and incorporated herein by this reference is a true and correct copy of excerpts of the transcripts from the deposition of defendant Michael H. Smith taken on November 19, 2021.

10.     Attached hereto as **Exhibit 3** and incorporated herein by this reference is a true and correct copy of excerpts of the transcripts from the deposition of Chas A. Galusha taken on November 19, 2021.

11.     Attached hereto as **Exhibit 4** and incorporated herein by this reference is a true and correct copy of excerpts of the transcripts from the deposition of Jason W. Donner taken on November 19, 2021.

Page 2 – DECLARATION OF COUNSEL AMANDA L. REILLY IN SUPPORT OF PLAINTIFF'S RESPONSE TO COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**LAFKY & LAFKY**
ATTORNEYS AT LAW
429 COURT ST. NE, SALEM, OR 97301
TELEPHONE (503) 585-2450
FAX (503) 585-0205
Email Info@lafky.com

12.     Attached hereto as **<u>Exhibit 5</u>** and incorporated herein by this reference is a true and correct copy of three pictures that plaintiff took of his left bicep on September 6, 2019 immediately following the allegations contained in his complaint.

13.     Attached hereto as **<u>Exhibit 6</u>** and incorporated herein by this reference is a true and correct copy of video footage that plaintiff acquired from the Ring camera mounted on his front door, dated September 6, 2019 at 11:17:25 PDT.

**I hereby declare that the above statements are true to the best of my knowledge and belief, and I understand that it is made for use as evidence in a court of law and is subject to penalty of perjury.**

Respectfully submitted this 28th day of March, 2022.

*/s/ Amanda L. Reilly*
Amanda L. Reilly, OSB# 194422
LAFKY & LAFKY

Page 3 – DECLARATION OF COUNSEL AMANDA L.
REILLY IN SUPPORT OF PLAINTIFF'S RESPONSE TO
COUNTY DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT

**LAFKY & LAFKY**
ATTORNEYS AT LAW
429 COURT ST. NE, SALEM, OR 97301
TELEPHONE (503) 585-2450
FAX (503) 585-0205
Email Info@lafky.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 28th day of March, 2022, I served the foregoing **DECLARATION OF COUNSEL AMANDA L. REILLY IN SUPPORT OF PLAINTIFF'S RESPONSE TO COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT,** on the following party(ies) at the following address(es):

| | |
|---|---|
| Jennifer M. Gaddis | Kenneth S. Montoya |
| City of Salem Legal Department | Law Offices of Montoya, Hisel and Associates |
| 555 Liberty St. SE, Room 205 | 901 Capitol St. NE |
| Salem, OR 97301 | Salem, OR 97301 |
| Telephone: (503) 588-6003 | Telephone: (503) 480-7252 |
| Facsimile: (503) 361-2202 | Fax: (503) 779-2716 |
| Email: jgaddis@cityofsalem.net | Email: kenny@montoyahisellaw.com |
| *Attorney for City of Salem* | *Attorney for Defendant Polk County and Deputy Michael H. Smith* |

[  ]   by **mailing** a true and correct copy thereof, certified by me as such, placed in a sealed envelope addressed as set forth above, and deposited in the U.S. Post Office at Portland, Oregon on said day with postage prepaid;

[  ]   by causing a true and correct copy thereof to be **hand delivered** in sealed envelopes to said addresses on the date set forth above.

[  ]   by **faxing** a true and correct copy thereof to the fax numbers shown for said addresses on the date set forth above.

[  ]   by sending a full, true and correct copy thereof via **overnight mail** in a sealed, prepaid envelope, addressed to the attorneys as shown above on the date set forth above.

[X]   by submitting said document via **electronic mail**, a copy thereof was served on the parties above.

Dated this 28th day of March, 2022.

/s/ Amanda L. Reilly
Amanda L. Reilly, OSB #194422

Page 1 – CERTIFICATE OF SERVICE

**LAFKY & LAFKY**
ATTORNEYS AT LAW
429 COURT ST. NE, SALEM, OR 97301
TELEPHONE (503) 585-2450
FAX (503) 585-0205
Email Info@lafky.com