

# POLK COUNTY SHERIFF'S OFFICE
## QUARTERLY EVAL
### SHERIFF MARK GARTON

**Date:** 09/25/19

**Employee:** Deputy Michael Smith

**Supervisor:** Sergeant Jason Ball

**Quarterly Evaluation for Fiscal Year:** 2019 – 2020

☒ July-Sept (1st Qtr)   ☐ Oct-Dec (2nd Qtr)   ☐ Jan-Mar (3rd Qtr)   ☐ Apr-June (4th Qtr)

This is Deputy Michael Smith's first quarter evaluation for 2019- 2020.

As Deputy Smith's supervisor during this time I will address areas where he excels, areas where he can improve, and where I would like to see him grow.

**Improve:**

- Dep. Smith was involved in an incident where he sub-served a subject civil paperwork that he (the subject) threw into the roadway (offensive littering). Dep. Smith ordered the subject to stop, which he did not (Interfering with a Police Officer) and retreated into his residence. Dep. Smith, who was in hot pursuit of the subject forced entry into the residence through the front door just after it was closed. While this event was lawful it falls under the "lawful, but awful" category or "just because we can doesn't mean we should." This event provoked necessary discussion on public expectations, lawful authority, and supervision. Dep. Smith and I also talked about a flippant comment that was made in regards to the civil being attempted at 3 am.

**Excels:**

- Dep. Smith is a hard worker and outpaces his co-workers in traffic stops and citations.
- Dep. Smith is developing into a well-rounded deputy. I appreciate his desire to follow up on cases, wherever that may lead.
- I appreciate Dep. Smith's willingness to accept all tasks assigned without complaint.

---

*The Polk County Sheriff's Office provides sustainable quality programs and services that focus on the safety and security of our schools, homes, businesses and highways which contribute to the quality of life for every segment of our community."*

County 00084

**Exhibit 7, Page 1 of 1**