**Jennifer M. Gaddis**, OSB No. 071194
jgaddis@cityofsalem.net
City of Salem, Legal Department
555 Liberty St. SE, Room 225
Salem, Oregon 97301
Telephone: (503) 588-6003
Facsimile: (503) 361-2202
    Attorney for City Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KEVIN BRATCHER,<br><br>    Plaintiff,<br><br>    v.<br><br>POLK COUNTY, CITY OF SALEM, DEPUTY MICHAEL H. SMITH, in his individual capacity, and DOES 1-2, in their individual capacity,<br><br>    Defendants. | Case No. 3:20-CV-02056-SB<br><br>**SUPPLEMENTAL DECLARATION OF JENNIFER M. GADDIS IN SUPPORT OF CITY DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

    I, Jennifer M. Gaddis, hereby declare under penalty of perjury that the following is true and correct based upon my personal knowledge:

    1.    I am the attorney representing the City Defendants in this matter. This Supplemental Declaration is offered to present documents and deposition transcript testimonies to the Court in support of City Defendants' Motion for Summary Judgment and Reply.

    2.    Attached to this Declaration and marked "Exhibit 2" is a true and correct copy of the email dated January 4, 2021, sent to plaintiff's counsel.

3. Attached to this Declaration and marked "Exhibit 3" is a true and correct copy of the email dated January 29, 2021, sent to plaintiff's counsel.

4. Attached to this Declaration and marked "Exhibit 4" are excerpts of the deposition testimony of Jason W. Donner, taken on behalf of plaintiff on November 19, 2021.

5. Attached to this Declaration and marked "Exhibit 5" are excerpts of the deposition testimony of Chad A. Galusha taken on behalf of plaintiff on November 19, 2021.

**I hereby declare under penalty of perjury that the foregoing is true and correct.**

DATED: April 18, 2022.

                                                                *s/ Jennifer M. Gaddis*
Jennifer M. Gaddis, OSB 071194
jgaddis@cityofsalem.net
Attorney for City Defendants

PAGE 2 – SUPPLEMENTAL DECLARATION OF JENNIFER M. GADDIS IN SUPPORT OF CITY DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT