**Jenn Gaddis**

---

| | |
|---|---|
| **From:** | Marcus Vejar <mvejar@lafky.com> |
| **Sent:** | Friday, January 29, 2021 1:25 PM |
| **To:** | Kevin Lafky; Jenn Gaddis; gwarren@geraldwarrenlaw.com |
| **Subject:** | Email to Confirm Dates for Bratcher v. Polk County |

Hello Everyone,

I wanted to send this email to confirm our discussion today.

1. There has been an agreement to waive initial disclosures;
2. Not all parties have agreed at this point to a Magistrate;
3. Close of Pleadings: Monday, May 31st will be the date set for the close of pleadings;
4. Discovery: Friday, July 30th will be the date set for the close of discovery;
5. Dispositive Motions: Tuesday, August 31st will be the date dispositive motions are due;
6. ADR report: Either Thursday, September 30th if no motions are filed or 30 days after decision; and
7. Depositions: Monday, March 1st we will circulate an email to discuss the setting of depositions.

Please let me know if anyone has anything different for these dates. Thank you for your time today and have a great weekend.

Best Regards,
Marcus Vejar

--
Marcus I. Vejar, Attorney
Lafky & Lafky
Attorneys at Law
www.lafky.com
503-585-2450 telephone
503-585-0205 fax
mvejar@lafky.com

This is a privileged and confidential communication. This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient or the intended recipient's agent or employee, you are hereby prohibited from reading, disseminating, distributing, or copying this communication. If you have received this message in error, please call immediately and ask to speak to the sender of the communication. Also, please notify immediately, via e-mail or any verifiable means, the sender that you have received the communication in error