**Jennifer M. Gaddis**, OSB No. 071194
jgaddis@cityofsalem.net
City of Salem, Legal Department
555 Liberty St. SE, Room 225
Salem, Oregon 97301
Telephone: (503) 588-6003
Facsimile: (503) 361-2202
        Attorney for City Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KEVIN BRATCHER,<br><br>    Plaintiff,<br><br>    v.<br><br>POLK COUNTY, CITY OF SALEM, DEPUTY MICHAEL H. SMITH, in his individual capacity, and DOES 1-2, in their individual capacity,<br><br>    Defendants. | Case No. 3:20-CV-02056-SB<br><br><br>**SUPPLEMENTAL DECLARATION OF SGT. JASON DONNER IN SUPPORT OF CITY DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Jason Donner, hereby declare under penalty of perjury that the following is true and correct:

1.     I am a law enforcement officer employed by the City of Salem Police Department. I make this declaration based on personal knowledge and am competent to testify to the matters stated herein.

2.     I do not recall either myself or Officer Galusha tossing or throwing plaintiff's cell phone or stimulator control device during the course of our contact with him on September 6, 2019.

PAGE 1 – SUPPLEMENTAL DECLARATION OF SGT. JASON DONNER IN SUPPORT OF CITY
        DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR
        SUMMARY JUDGMENT

3.      At no point during my contact with plaintiff, did I intend to place him in imminent apprehension of harmful or offensive conduct.

**I hereby declare under penalty of perjury that the foregoing is true and correct.**

DATED: April 18, 2022.

 *s/ Jason Donner*
Sergeant Jason Donner