UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

KEVIN BRATCHER

                Plaintiff(s),      Case No.: 3:20-cv-02056-HZ

v.

POLK COUNTY, et al.

                                     JOINT ALTERNATIVE DISPUTE
                                     RESOLUTION REPORT

                Defendant(s).

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

   ☑ Yes   ☐ No

   If not, provide an explanation:

   _____

   _____

2. The parties propose: *(check one of the following)*

☐ (a) That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

☐ (b) That the Court refer this case to mediation using a Court-sponsored mediator. *(See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

_____

_____

_____

☐ (c) ADR may be helpful at a later date following completion of:

_____

_____

☐ (d) The parties believe the Court would be of assistance in preparing for ADR by:

_____

_____

☐ (e) The parties do not believe that any form of ADR will assist in the resolution of this case.

☑ (f) Other:

Plaintiff believes a settlement conference would be productive while defendants do not believe ADR would be productive.

_____

_____

Dated: January 19, 2023          By:  s/Kevin T. Lafky
                                      Plaintiff's Counsel
                                      Kevin T. Lafky, OSB # 852633

                                 By:  s/Kenneth S. Montoya
                                      Defendants' Counsel
                                      Kenneth S. Montoya, OSB # 064467